UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JACQUELINE OLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>MRS BPO, LLC and NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | Case No.: 18-cv-176<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. David E. Jones |

THE PLAINTIFF, Jacqueline Olson, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendants, MRS BPO, LLC and NCB Management Services, Inc., have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: June 15, 2018

                Respectfully submitted,

                /s/ Mark A. Eldridge
                Mark A. Eldridge (SBN 1089944)
                ADEMI & O'REILLY, LLP
                3620 East Layton Avenue
                Cudahy, WI 53110
                (414) 482-8000
                (414) 482-8001 (fax)
                meldridge@ademilaw.com